1

2

3

4                         UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY RICHARDS,                          Case No.  21-cv-05128-HSG

8                    Plaintiff,               **ORDER OF DISMISSAL**

9         v.                                  Re: Dkt. No. 11

10   ROCHELLE P. WALENSKY, et al.,

11                   Defendants.

12

13         On July 2, 2021, Plaintiff filed this *pro se* complaint against numerous Defendants,

14   including various government officials and Dr. Masami Hattori (collectively "Defendants").  Dkt.

15   No. 1.  On the same day, Plaintiff also filed a motion asking the Court to issue a temporary

16   restraining order "restraining the Defendants from continuing to reduce the quantities of his

17   prescriptions."  Dkt. No. 3 at 4.  On July 6, 2021, the Court dismissed the complaint with leave to

18   amend and denied the motion for a temporary restraining order.  Dkt. No. 7.  The Court advised

19   Plaintiff that his amended complaint needed to "lay out the required short, plain and clear

20   statement . . . so the Court can evaluate whether there is a sufficient legal basis for the claims."

21   Dkt. No. 7 at 4.  On July 6, 2021, Plaintiff filed a first amended complaint, Dkt. No. 8, and on July

22   20, 2021, Plaintiff filed a second ex parte application for a temporary restraining order, Dkt. No. 9.

23   On July 22, 2021, the Court reviewed the complaint and dismissed it for failure to state a claim on

24   which relief may be granted.  Dkt. No. 10 ("July 22, 2021 Order").  The Court also denied the

25   motion for a temporary restraining order without prejudice to renewal following the filing of a

26   complaint that sufficiently alleges a claim for relief.  *Id.*  In the July 22, 2021 Order, the Court

27   granted Plaintiff one final chance to file an amended complaint and gave Plaintiff forty-five (45)

28   days to do so.  *Id.*  The deadline to file a second amended complaint has passed, and Plaintiff has

United States District Court
Northern District of California

neither filed a second amended complaint nor otherwise communicated with the Court.

Accordingly, for these reasons and the ones stated in the Court's July 22, 2021 Order, this action is **DISMISSED**.  The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed second amended complaint that addresses the deficiencies identified in the Court's July 22, 2021 Order and showing good cause for the failure to timely file a second amended complaint.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  10/1/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California